UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JERALD DEON CONEY
    Plaintiff

v.

WORKERS UNITED SOUTHWEST
REGIONAL JOINT BOARD, et al.
    Defendants

CIVIL ACTION NO. 4:26-cv-00713-P-BJ

**DEFENDANTS SOUTHWEST REGIONAL JOINT BOARD AND JEAN HERVEY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

COME NOW Defendants Southwest Regional Joint Board and Jean Hervey[1] (collectively "SWJRB Defendants") and respectfully file this *Unopposed* Motion to Extend their deadline to file their answer or responsive pleading to Plaintiff's Complaint and would show as follows:

1.    The Plaintiff filed this lawsuit on June 11, 2026.

2.    Service on SWRJB was made on July 2, 2026.

3.    Under Federal Rule of Civil Procedure 12, SWRJB's answer or responsive pleading is due within 21 days of service, or on July 23, 2026.

4.    SWRJB Defendants respectfully file this *unopposed* motion seeking a two-week extension of this deadline to file an answer or responsive pleading, or until August 6, 2026.

5.    The motion is necessary for SWRJB Defendants to fully review the Plaintiff's complaint and allegations therein, and to formulate a response to them. The Plaintiff's complaint appears to assert at least eight separate claims, causes of action, or federal statutes

---

[1] The Plaintiff's Complaint does not appear to name Jean Hervey as a defendant, only as "Vice President" of SWRJB. Complaint at 2. However, the Court's docket lists Ms. Hervey as a defendant. To the extent that Ms. Hervey *is* a defendant, this motion is also filed on her behalf.

giving rise to his claims against the Defendants. For instance, SWRJB Defendants must try to obtain and review records from the U.S. Equal Employment Opportunity Commission. Additionally, the complaint appears to make factual allegations that are over two years old and which SWRJB Defendants must research.

6.      Furthermore, the extension is necessary so that SWRJB Defendants may seek local counsel to comply with the Court's Local Rule 83.10.

7.      This motion is not being filed for the purpose of delay.

8.      The undersigned counsel certifies he has conferred with the *pro se* Plaintiff about the substance of this motion, and Plaintiff has indicated he does not oppose the motion.

WHEREFORE, SWRJB Defendants respectfully requests that the Court grant their motion, extending the answer or responsive pleading deadline until August 6, 2026.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

*Attorney for Southwest Regional Joint Board and Jean Hervey*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that he conferred with the Plaintiff regarding the substance of this motion. The Plaintiff indicated that he does not oppose the motion.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 10th day of July, 2026.

2

Plaintiff Jerald Coney
jerryconey96@gmail.com

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos