**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>    Plaintiff<br><br>v.<br><br>WORKERS UNITED SOUTHWEST<br>REGIONAL JOINT BOARD, et al.<br>    Defendants | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

## ORDER

CAME TO BE HEARD Defendants Southwest Regional Joint Board and Jean Hervey's Motion to Extend its deadline to file its answer or responsive pleading to Plaintiff's Complaint.

The Court finds that the Motion for Extension is well-taken and is therefore GRANTED.

It is ORDERED that Defendants Southwest Regional Joint Board and Jean Hervey's deadline to file their answer or responsive pleading to Plaintiff's Complaint is extended to August 6, 2026.

SO ORDERED this _____ day of July, 2026.

_____
HON. MARK T. PITTMAN
U.S. DISTRICT JUDGE

1