Case 4:26-cv-00713-P-BJ    Document 9   Filed 07/13/26    Page 1 of 3   PageID 34

*CASE # 4:26-24- 00713 P B1* (handwritten)



New message

- 📧 Inbox     786
- ✉️ Unread
- ⭐ Starred
- ✈️ Sent
- 🗒️ Drafts     40
- 📤 Scheduled

- 🗑️ Trash
- 🚫 Spam
- 🗄️ Archive

📁 Folders ∧

⊕ New Folder

- 2020 US Census
- 2022 Orders
- 2023 Jerald
- 2023 K Student Loa...
- 2023 Orders
- 2023 TAXES
- 2023 TMBC
- 2024 MOHELA
- 2024 orders ∧
  - Bills paid Dec   2
  - Bills paid Nov   1
  - Bills paid Oct   3
  - SS docs
- 2024 Resumes
- 2025
- 2025 Orders   2 ∨
- 2025 SS Docs
- 2308 Wild Turkey
- A 2026 Orders
- A TMBC
- AAFES
- ACCOUNT TV SUBS
- ACCOUNTEMPS
- ACE
- Acrobat Adobe
- ACRP

← Back      ↰ ↱ ✉️ ⭐ 📁 🗑️ ⊗ ⋯     ↑ ↓ ✕

Starred   Contact




# Fwd: [ServeManager] Job #16260311 Served

📁 Inbox

**Jerry Coney**
To: me · Thu, Jul 2 at 11:20 AM ∨

---------- Forwarded message ----------
From: **Stealth Process Krystal Jones** <notifications@mail.servemanager.com>
Date: Thu, Jul 2, 2026, 9:32 AM
Subject: [ServeManager] Job #16260311 Served
To: jerry coneyjerryconey96gmailcom <jerryconey96@gmail.com>

## Served

Stealth Process Krystal Jones shared a service notification with you:

### Details

**Process Server:** Adeola Roberts PCS-23336

**Date & Time:** Jul 2, 2026, 9:21 am CDT

**Service Type:** Personal/Individual

**Description of Service:**

### Recipient

Recipient: Workers United Southwest Regional Joint Board

**Description of Recipient:** Glerdina Francsis Comptroller

### Service Address

3235 SOUTH CARRIER PARKWAY, GRAND PRAIRIE, TX 75052, DALLAS

### GPS Data

**Mobile Device:** ServeManagerMobile/1.21.0 (176) (SM-S948U1/ADeola's S26 Ultra; Android/16)

**GPS Coordinates:** 32.6912004, -97.0153638

**GPS Timestamp:** 1783001933940

### Job & Case

**Job:** 16260311

**Priority: Routine**

**Job Type:** Standard2

**Recipient:** Workers United Southwest Regional Joint Board

**Case:** 4:26-CV-00713-P-BJ

**Plaintiff:** JERALD DEON CONEY

**Defendant:** WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, ET AL.

**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**County:**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 3 2026

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

AMAZON ORDERS

APPLE ICLOUD

Applied for Grants ...

Applied For Jobs

Athena Sermons    30

Austin Trip

BALLYS

BANK OF AMERICA

Bella

Bobbit & Law

BSF

Career Builders

Chase Bank Jobs

Choctaw nation

Church TMBC

CITI bank cc

Craigslist

Diet Solution

Drafts

EBAY-PAYPAL

FAMILY DOLLAR

FedEx

FIRST CONVENIEN...

Health (Kay)

HomeyCast

HYDE PK BNK

Illinois UI Claim

ITUNES

Jackson wabash

Jerry

Kay Coney

Mar

McCormick Seminary

New Folder2026 Or...

Notes

Outbox

PEPSICO

Personals

Pictures

PLACE

Scholarship Reques...

**Documents:** Summons, Complaint

---

**Attempt Uploads**

- Mobile Attempt Photo 1 (1.38 MB)

---

**Shared with you by:**

Stealth Process Krystal Jones
Stealth Process
service@stealthprocess.com
817-707-0649

Jerald Coney
2308 Wild Turkey Tri
Arlington, TX
76016

RECEIVED

JUL 1 3 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



United States District Court
501 West 10th St. Room #310
Fort Worth, TX 76102-3673

