

**New message**

| | |
|---|---|
| 📥 Inbox | 786 |
| 📧 Unread | |
| ☆ Starred | |
| ✈ Sent | |
| 📄 Drafts | 40 |
| 📅 Scheduled | |
| 🗑 Trash | |
| ⊗ Spam | |
| ✉ Archive | |

📁 Folders ⌃

⊕ New Folder

- 2020 US Census
- 2022 Orders
- 2023 Jerald
- 2023 K Student Loa...
- 2023 Orders
- 2023 TAXES
- 2023 TMBC
- 2024 MOHELA
- 2024 orders ⌃
  - Bills paid Dec    2
  - Bills paid Nov    1
  - Bills paid Oct    3
  - SS docs
- 2024 Resumes
- 2025
- 2025 Orders    2 ⌄
- 2025 SS Docs
- 2308 Wild Turkey
- A 2026 Orders
- A TMBC
- AAFES
- ACCOUNT TV SUBS
- ACCOUNTEMPS
- ACE
- Acrobat Adobe
- ACRP

← Back    ↩ ↪ ✉ ☆ 📁 🗑 ⊗ ⋯    ↑ ↓ ✕

Starred  Contact

# Fwd: [ServeManager] Job #16260248 Served

📁 Inbox

**Jerry Coney**
To: me · Thu, Jul 2 at 11:22 AM ⌄

---------- Forwarded message ---------
From: **Stealth Process Krystal Jones** <notifications@mail.servemanager.com>
Date: Thu, Jul 2, 2026, 9:53 AM
Subject: [ServeManager] Job #16260248 Served
To: jerry coneyjerryconey96gmailcom <jerryconey96@gmail.com>

## Served

Stealth Process Krystal Jones shared a service notification with you:

### Details

**Process Server:** Stealth Process Krystal Jones PSC 10814

**Date & Time:** Jul 1, 2026, 5:15 pm CDT

**Service Type:** Registered Agent

**Description of Service:**

I served the summons to the Workers United SEIU Building Manager (Male, 55 Years Old, Caucasian, 5ft. 11in., Grey Hair, 200lbs.) who did not provide his name.

### Recipient

Recipient: Workers United SEIU

**Description of Recipient:**

**Service Address**

1800 MASSACHUSETTS AVENUE NORTHWEST, WASHINGTON, DC 20036

## Job & Case

**Job:** 16260248

**Priority: Routine**

**Job Type:** Standard2

**Recipient:** Workers United SEIU

**Case:** 4:26-CV-00713-P-BJ

**Plaintiff:** JERALD DEON CONEY

**Defendant:** WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, ET AL.

**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**County:**

**Documents:** Summons, Complaint

**Shared with you by:**



AMAZON ORDERS

APPLE ICLOUD

Applied for Grants ...

Applied For Jobs

Athena Sermons    30

Austin Trip

BALLYS

BANK OF AMERICA

Bella

Bobbit & Law

BSF

Career Builders

Chase Bank Jobs

Choctaw nation

Church TMBC

CITI bank cc

Craigslist

Diet Solution

Drafts

EBAY-PAYPAL

FAMILY DOLLAR

FedEx

FIRST CONVENIEN...

Health (Kay)

HomeyCast

HYDE PK BNK

Illinois UI Claim

ITUNES

Jackson wabash

Jerry

Kay Coney

Mar

McCormick Seminary

New Folder2026 Or...

Notes

Outbox

PEPSICO

Personals

Pictures

PLACE

Scholarship Reques...

Stealth Process Krystal Jones
Stealth Process
service@stealthprocess.com
817-707-0649

Jerald Corey
2308 Wild Turkey Tr.
Arlington, TX
76016

NORTH TEXAS TX P&DC
DALLAS TX 750
8 JUL 2026    PM 9   L



ERNEST J. GAINES

United States District Court
501 West 10th St. Room # 310
Fort Worth, TX 76102 - 3673

RECEIVED
JUL 1 3 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-975999