UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JERALD DEON CONEY
     Plaintiff

v.

                        CIVIL ACTION NO. 4:26-cv-00713-P-BJ

WORKERS UNITED SOUTHWEST
REGIONAL JOINT BOARD, et al.
     Defendants

## DEFENDANTS WORKERS UNITED AND LYNNE FOX'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

COME NOW Defendants Workers United and Lynne Fox[1] (collectively "Workers United Defendants") and respectfully file this Motion to Extend their deadline to file their answer or responsive pleading to Plaintiff's Complaint and would show as follows:

1.     The Plaintiff filed this lawsuit on June 11, 2026.

2.     Service on SEIU was made on July 1, 2026.

3.     Under Federal Rule of Civil Procedure 12, Workers United Defendants' answer or responsive pleading is due within 21 days of service, or on July 22, 2026.

4.     Workers United Defendants respectfully file this motion seeking the same extension of this deadline to file an answer or responsive pleading requested by and granted to Southwest Regional Joint Board and Jean Hervey, or until August 6, 2026.

5.     The motion is necessary for Workers United Defendants to fully review the Plaintiff's complaint and allegations therein, and to formulate a response to them. The Plaintiff's complaint appears to assert at least eight separate claims, causes of action, or federal statutes giving rise to his claims against the Defendants. For instance, Workers United Defendants must try to obtain and review records from the U.S. Equal Employment

---

[1] The Plaintiff's Complaint does not appear to name Lynn Fox as a defendant, only as "International President" of Workers United. Complaint at 2. However, the Court's docket lists Ms. Fox as a defendant. To the extent that Ms. Fox *is* a defendant, this motion is also filed on her behalf.

Opportunity Commission. Additionally, the complaint appears to make factual allegations that are over two years old and which Workers United Defendants must research.

6.      Furthermore, the extension is necessary so that Workers United Defendants may seek local counsel to comply with the Court's Local Rule 83.10.

7.      This motion is not being filed for the purpose of delay.

8.      The undersigned counsel certifies he has attempted to confer with the *pro se* Plaintiff about the substance of this motion. As of the filing of this motion, Plaintiff has not responded. However, the Plaintiff did not oppose Southwest Regional Joint Board and Jean Hervey's motion for an extension.

WHEREFORE, Workers United Defendants respectfully requests that the Court grant their motion, extending the answer or responsive pleading deadline until August 6, 2026.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

Robert E. Bloch
(Application for Pro Hac Vice Admission Forthcoming)
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Phone  312-372-1361
Fax  312-372-6599
rebloch@laboradvocates.com

*Attorneys for Workers United and Lynne*

2

*Fox*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that he attempted to confer with the Plaintiff regarding the substance of this motion. The Plaintiff did not respond as of the filing of this motion

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 16th day of July, 2026.

Plaintiff Jerald Coney
jerryconey96@gmail.com

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos