**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

JERALD DEON CONEY
     Plaintiff

v.

WORKERS UNITED SOUTHWEST
REGIONAL JOINT BOARD, et al.
     Defendants

CIVIL ACTION NO. 4:26-cv-00713-P-BJ

## ORDER

CAME TO BE HEARD Defendants Workers United and Lynne Fox's Motion to Extend their deadline to file its answer or responsive pleading to Plaintiff's Complaint.

The Court finds that the Motion for Extension is well-taken and is therefore GRANTED.

It is ORDERED that Defendants Workers United and Lynne Fox's deadline to file their answer or responsive pleading to Plaintiff's Complaint is extended to August 6, 2026.

SO ORDERED this _____ day of July, 2026.

                  HON. MARK T. PITTMAN
                  U.S. DISTRICT JUDGE

1