

New message

**Inbox** 721

**Unread**

**Starred**

**Sent**

**Drafts** 40

**Scheduled**

**Trash**

**Spam**

**Archive**

**Folders**

New Folder

2020 US Census

2022 Orders

2023 Jerald

2023 K Student Loa...

2023 Orders

2023 TAXES

2023 TMBC

2024 MOHELA

2024 orders

Bills paid Dec      2

Bills paid Nov      1

Bills paid Oct      3

SS docs

2024 Resumes

2025

2025 Orders      2

2025 SS Docs

2308 Wild Turkey

A 2026 Orders

A TMBC

AAFES

ACCOUNT TV SUBS

ACCOUNTEMPS

ACE

Acrobat Adobe

ACRP

← Back     Starred  Contact

# Fwd: [ServeManager] Job #16260059 Served

Inbox

*Coney v. Workers United*
*Southwest Regional Board*

*4:26-CV-000713-P-BJ*

**Jerry Coney**
To: me · Mon, Jul 13 at 4:10 PM ∨

---------- Forwarded message ----------
From: **Stealth Process Krystal Jones** <notifications@mail.servemanager.com>
Date: Mon, Jul 13, 2026, 12:49 PM
Subject: [ServeManager] Job #16260059 Served
To: jerry coneyjerryconey96gmailcom <jerryconey96@gmail.com>

## Served

Stealth Process Krystal Jones shared a service notification with you:

### Details

**Process Server:** Harry Ley, III

**Date & Time:** Jul 7, 2026, 1:07 pm EDT

**Service Type:** Substitute Service - Personal

**Description of Service:**

Person In Charge at business

### Recipient

Recipient: Anne Marie Zarendsd
Age:        55
Ethnicity:  Caucasian
Gender:     Female
Weight:     140
Height:     5'6"
Hair:       Gray

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*

*JUL 20 2026*

*CLERK, U.S. DISTRICT COURT*
*By _____*
*Deputy*

**Description of Recipient:** Shoulder length straight hair. Glasses. Blue shirt.

### Service Address

22 South 22nd Street, Philadelphia, PA 19103, **Philadelphia**

### GPS Data

**Mobile Device:** ServeManagerMobile/1.21.0 (176) (iPhone 14 Pro Max/iPhone; iOS/26.5)

**GPS Coordinates:** 39.95518206, -75.1652662

**GPS Timestamp:** 1783434056570.154

## Job & Case

**Job:** 16260059

**Priority: Routine**

**Job Type:** Standard2

**Due Date:** Jul 8, 2026

**Recipient:** Lynne Fox - International President

**Case:** 4:26-CV-00713-P-BJ

AMAZON ORDERS

APPLE ICLOUD

Applied for Grants ...

Applied For Jobs

Athena Sermons        30

Austin Trip

BALLYS

BANK OF AMERICA

Bella

Bobbit & Law

BSF

Career Builders

Chase Bank Jobs

Choctaw nation

Church TMBC

CITI bank cc

Craigslist

Diet Solution

Drafts

EBAY-PAYPAL

FAMILY DOLLAR

FedEx

FIRST CONVENIEN...

Health (Kay)

HomeyCast

HYDE PK BNK

Illinois UI Claim

ITUNES

Jackson wabash

Jerry

Kay Coney

Mar

McCormick Seminary

New Folder2026 Or...

Notes

Outbox

PEPSICO

Personals

Pictures

PLACE

Scholarship Reques...

**Plaintiff:** JERALD DEON CONEY

**Defendant:** WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, ET AL.

**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**County:**

**Documents:** Summons, Complaint

---

**Attempt Uploads**

- Mobile Attempt Photo 1 (3.59 MB)

---

**Shared with you by:**

Stealth Process Krystal Jones
Stealth Process
service@stealthprocess.com
817-707-0649

   

*PRESS FIRMLY TO SEAL*

SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

PAPER POUCH

PRESS F

*Retail*

U.S. POSTAGE PAID
PM
ARLINGTON, TX 76015
JUL 15, 2026

76102    **$12.90**

RDC 03    0 Lb 1.60 Oz    S2324A501016-24



# UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL ®

RECEIVED
JUL 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



**FROM:**

Jerald Coney
5701 Red Cactus Ct
Arlington, TX 76017

■ Expected delivery date specified for domestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**TO:**

United States District Court
501 West 10th St Room # 310
Fort Worth TX 76102-3673

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 07/17/26

USPS TRACKING® #



9505 5128 4693 6196 2797 51

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

EP14F November 2025
OD: 12 1/2 x 9 1/2



PAPER POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service November 2025. All rights reserved.

SKNA