## AFFIDAVIT OF SERVICE

| Case: 4:26-CV-00713-P-BJ | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS | County: | Job: 16260059 |
|---|---|---|---|
| **Plaintiff / Petitioner:** JERALD DEON CONEY | | **Defendant / Respondent:** WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, ET AL. | |
| **Received by:** Stealth Process | | **For:** Jerald Coney, Esquire | |
| **To be served upon:** Lynne Fox - International President | | | |

I, Harry Ley, III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Anne Marie Zarendsd, 22 South 22nd Street, Philadelphia, PA 19103

**Manner of Service:**   Substitute Service - Personal, Jul 7, 2026, 1:07 pm EDT

**Documents:**   Summons, Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Jul 6, 2026, 4:20 pm EDT at 22 South 22nd Street, Philadelphia, PA 19103
No answer at address

2) Successful Attempt: Jul 7, 2026, 1:07 pm EDT at 22 South 22nd Street, Philadelphia, PA 19103 received by Anne Marie Zarendsd. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'6"; Hair: Gray; Other: Shoulder length straight hair. Glasses. Blue shirt.; Person In Charge at business

_____   July 15, 2026
Harry Ley, III                      Date

Stealth Process
1901 CENTRAL DRIVE SUITE 309
BEDFORD, TX 76021

Subscribed and sworn to before me by the affiant who is personally known to me.

_____   _____
Notary Public

07/15/26                      August 31, 2028
Date          Commission Expires



Commonwealth of Pennsylvania - Notary Seal
• JOSELYNN COOK - Notary Public
Philadelphia County
My Commission Expires August 31, 2028
Commission Number 1299280

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 1 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy



## UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

RDC 03    0 Lb 1.60 Oz    S2324K502480-32

**FROM:**

Jerald Corey
5710 Red Cactus ct
Arlington, TX 76017



- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TO:**

United States District Court
501 West 10th st, Room # 310
Fort Worth, TX 76102-3673

To schedule free Package Pickup

## FLAT RATE EN
ONE RATE ■ ANY WEIGHT

**EXPECTED DELIVERY DAY:** 07/20/26

USPS TRACKING® #



9505 5134 8109 6198 2895 79

## TRACKED ■ INS

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2





RECEIVED
JUL 2 1 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.