**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JEROLD DEON CONEY | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:26-CV-00713-P-BJ |
| | § | |
| WORKERS UNITED SOUTHWEST | § | |
| REGIONAL JOINT BOARD, et al. | § | |
| *Defendant* | § | |
| | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP                          , with offices at

8 S. Michigan Avenue, Suite 1900
(Street Address)

Chicago                                    IL                    60603
(City)                                     (State)               (Zip Code)

(312) 372-1361                             (312) 372-6599
(Telephone No.)                            (Fax No.)

**II.**     Applicant will sign all filings with the name Robert E. Bloch                          .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Workers United, a/w Service Employees International Union and Lynne Fox, President

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____Illinois_____, where Applicant regularly practices law.

| For Court Use Only. |
| --- |
| Bar StatusVerified: |
| _____ |

Bar license number: _6187400_          Admission date: _11/16/1984_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Northern District of Illinois | 12/19/1984 | Active |
| Central District of Illinois | 11/2/1995 | Active |
| U.S. Court of Appeals - 7th Circuit | 12/7/1990 | Active |
| Illinois Supreme Court | 11/16/1984 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

N/A                            N/A

(If necessary, attach statement of additional applications.)

X.     Local counsel of record associated with Applicant in this matter is

Jim Sanford, Gillespie Sanford LLP                                   , who has offices at

4803 Gaston Ave.
(Street Address)

Dallas                                     Texas                75246
(City)                                     (State)              (Zip Code)

214-800-5111
(Telephone No.)                            (Facsimile No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII.   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   22nd   day of July                              , 2026     .

Robert E. Bloch
Printed Name of Applicant

/s/ Robert E. Bloch
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/20/2026

Re: Robert E. Bloch
    Attorney No. 6187400

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Robert E. Bloch was admitted to practice law in Illinois on 11/16/1984; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
    Andrew Oliva
    Registrar

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert E. Bloch

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/16/1984 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of July, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

## CERTIFICATE OF SERVICE

On July 22, 2026, I filed the *Application For Admission Pro Hac Vice* with the Clerk of Court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

Plaintiff Jerald Coney
jerryconey96@gmail.com


Manuel Quinto-Pozos
Counsel for Workers United Southwest Regional Joint Board
mqp@ddollaw.com


   /s/ Robert E. Bloch
Robert E. Bloch