IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERALD DEON CONEY, | § | |
| | § | |
| *Plaintiff,* | § | CIV. A. NO. |
| | § | 4:26-CV-00713-P-BJ |
| | § | |
| v. | § | |
| | § | |
| WORKERS UNITED SOUTHWEST | § | |
| REGIONAL JOINT BOARD, et al., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE MARK T. PITTMAN:

Please take notice that James D. Sanford of the law firm of GILLESPIE

SANFORD LLP enters his appearance as local counsel for all Defendants. Mr.

Sanford's contact information is:

James D. Sanford
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, Texas 75246
Tel:   214.800.5111
Fax:   214.838.0001
Email:  jim@gillespiesanford.com

Manuel Quinto-Pozos remains lead counsel for Defendants Southwest

Regional Joint Board and Jean Hervey. Robert Bloch remains lead counsel

for Defendants Workers United and Lynne Fox. They should continue to

receive all notices and papers.

Dated:      August _3_, 2026

Respectfully submitted,

GILLESPIE SANFORD LLP

4803 Gaston Ave.
Dallas, Texas 75246
Tel:    214.800.5111
Fax:   214.838.0001

By: */s/James D. Sanford*
   James D. Sanford
   Texas Bar No. 24051289
   Email: jim@gillespiesanford.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on August _3_, 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff, who has consented to accepting the notice as service by electronic means.

*/s/ James D. Sanford*

2