**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>    Plaintiff<br><br>v.<br><br>WORKERS UNITED SOUTHWEST<br>REGIONAL JOINT BOARD, et al.<br>    Defendants | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

## <u>DEFENDANTS' MOTIONS TO DISMISS AND FOR A MORE DEFINITE STATEMENT</u>

COME NOW Defendants Southwest Regional Joint Board, Jean Harvey, Workers United and Lynne Fox and respectfully file Motions to Dismiss pursuant to Rules 12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure and for a More Definite Statement.

For the reasons stated in the accompanying Brief in Support of their Motions, the Defendants respectfully request that the Court grant their motions and dismiss the Plaintiff's complaint. In the alternative, the Defendants respectfully request that the Court order the Plaintiff to amend his complaint to make a more definite statement of his claims against Defendants.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos
Texas Bar No. 24170459
Deats Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

James Sanford
Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel:  214.800.5111
Fax: 214.838.0001

1

jim@gillespiesanford.com

*Attorneys for Defendants Southwest Regional Joint Board and Jean Hervey*

Robert E. Bloch
Admitted Pro Hac Vice
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP
Illinois Bar Number: 6187400
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Phone  312-372-1361
Fax  312-372-6599
rebloch@laboradvocates.com

James Sanford
Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel:  214.800.5111
Fax: 214.838.0001
jim@gillespiesanford.com

*Attorneys for Workers United and Lynne Fox*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that he attempted to confer with the Plaintiff regarding the substance of their 12(e) motion. The Plaintiff stated he does not oppose the motion.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 6th day of August, 2026.

Plaintiff Jerald Coney
jerryconey96@gmail.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

2