**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

JERALD DEON CONEY
    *Plaintiff*

v.

WORKERS UNITED SOUTHWEST
REGIONAL JOINT BOARD, et al.
    *Defendants*

CIVIL ACTION NO. 4:26-cv-00713-P-BJ

## **PROPOSED ORDER**

CAME TO BE HEARD Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Fox's Motions to Dismiss pursuant to Rules 12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6) and for a More Definite Statement pursuant to Rule 12(e).

After considering the motions, the Plaintiff's response and the Defendants' Reply, the Court finds that the motions are meritorious. The Court GRANTS Defendants' Motion as follows:

_____

_____

_____

_____

SO ORDERED.

_____
HON. MARK TIMOTHY PITTMAN
UNITED STATES DISTRICT JUDGE

1