IN THE United States DISTRICT Court
NORTHERN DISTRICT of TEXAS

JERALD COREY
V.
WORKERS UNITED
SEIU
LYNNE FOX
JENE HERVEY

4:26-CV-000713-P-BJ

Plaintiffs Presponse in opposition To Defendants Motion TO DISMISS AND Response To Motion For More DefiNiTE statement

Jerald Corey, Proceeding pro se, Respectfully files this Response in opposition to Defendants Motion to Dismiss and states as follows:

1) Plantiff Opposes Defendant's request that this action be dismissed. Plaintiff (Jerald Corey) respectfully submits that the Complaint alleges sufficient facts to state plausible claims upon which relief may be granted. At this stage of the proceedings, the court must accept the well-pleaded factual allegations as true and view those allegations ~~~~ in the light most favorable to the Plantiff (Jerald Corey)

2.) Plantiff (Jerald Corey) does not oppose the Defendants (workers united) SEIU, Lynne Fox, SWRJB, + Jene Hervey Request for a More Definite Statement to the extent the Court determines that additional factual detail would assist in clarifying the allegations. Plantiff (Jerald Corey) is willing to file an Amended Complaint that provides additional factual specificity regarding the claims asserted.

4:26-CV-00713-P-BJ



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 11 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

②

3). Plaintiffs (Jerald Coney) response to the motion to provide a More Definite Statement should not be construed as an agreement that dismissal is appropriate.

Plaintiffs (Jerald Coney) intent has always been to clarify the complaint if requested by the Court, Not to concede that the Complaint should be dismissed.

4.) If the Court determines that any portion of the Complaint lacks sufficient factual detail, Plaintiff (Jerald Coney) requests leave to amend the Complaint rather than Dismissal. Federal courts generally permit amendment when deficiencies can be cured through additional factual allegations.

Wherefore, Plaintiff (Jerald Coney) Respectfully requests the that the court

A. Deny Defendants Motion to Dismiss
B. If the Court finds clarification appropriate, grant Plaintiff leave to file a More Definite Statement or Amended Complaint within the time prescribed by the Court
C. Grant such other and further relief as the Court deems Just and proper.

Respectfully,

Jerald Coney
Plaintiff, Pro se
5710 Red Cactus Ct
Arlington, TT
76017
(817) 680-2626
Jerryconey@gmail.com

4-26-CV-00713-P-BJ

 

SUSTAINABLE FORESTRY | how2r

PRESS FIRM | **UNITED STATES POSTAL SERVICE.** | *Retail* | PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**US POSTAGE PAID**

**$12.90**

Origin: 76015
08/06/26
4803310015-5

P | ORITY | AIL®

**PRIORITY MAIL®**

0 Lb 1.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  08/10/26

**C024**

SHIP
TO:



STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

ional destinations.

the

of coverage.

**USPS TRACKING® #**



9505 5128 4694 6218 2035 10

- Expected de
- Domestic shi
- USPS Tracki
- Limited inter
- When used i

*Insurance does n
Domestic Mail Ma
** See Internationa

**FLAT F**
ONE RATE ■

**TRACK**



e Package Pickup,
 QR code.

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:

Jerald Coney
5710 Red Cactus Ct
Arlington, TX
76017



RECEIVED

AUG 11 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:

United States District Court
501 West 10th Street room # 310
Fort Worth, TX
76102-3673



how2recycle.info

PAPER
POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA