Plantiff (Jerald Corey) Respectfully notifies the court that Defendants Motion to Dismiss and Alternative Motion ~~to Dismiss~~ for a more Definite Statement appears to rely upon and attach (Exhibit 1) the complaint filed in Case No. 4:26-cv-000318-O-BP, rather than the operative complaint filed in the action. Case No. 4:26-cv-00713-P-BJ

Because the motion references and attaches a complaint from a different civil action. Plantiff (Jerald Corey) submits that it doesnt address the operative pleading before the Court. As a result, the issues raised under Rules 12(b)(1), 12(b)(4), 12(b)(5), 12(b)(6), and Rule 12(e) are directed at a complaint that is not the one currently pending in this case.

Accordingly, Plantiff ask the Court to deny the motion without prejudice, or alternatively require Defendant to file a corrected motion that addresses the operative complaint in this action. If the Court believes any amendment or clarification is needed. Plantiff (Jerald Corey) also requests leave to amend the complaint within the time allowed by the Federal Rules of Civil Procedure or within whatever time the Court deems appropriate.

Plantiff (Jerald Corey) further requests that issuance of Summons under federal Rule of Civil Procedure 4 be held in abeyance and reserved by the Clerk of Courts pending resolution of the pending motion and any further order of the court.

Plantiff (Jerald Corey) submits this response and requests any other relief the Court considers Just and Proper

NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 1 2026

CLERK, U.S. DISTRICT COURT
BY _____
Deputy

NO: 4:26-cv-00713-P-BJ

Respect fully,

No. 4. 26-cv-00713-P-BJ

Plantiff (Jerald Corey) Pro Se

Jerald Corey
5710 Red Cactus Ct
Arlington, TX 76017
(817) 680-0626
Jerrycorey96@gmail.com

Jerald Coney

NO. 4:26-cv-00713-P-BJ

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C116916

 how2recycle.info PAPER POUCH

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

 **UNITED STATES**
**UNITED STATES POSTAL SERVICE.**

# PRIORITY®
## MAIL

*Retail*

**P** | **US POSTAGE PAID**
**$12.90**
Origin: 76017
08/07/26
4803490017-88

**PRIORITY MAIL®**

0 Lb 1.90 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 08/10/26

**C024**

SHIP
TO:
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

**USPS TRACKING® #**



9505 5134 8108 6219 0400 74

 2023 1/2

...se.
(restrictions apply)...
...and many international destinations.
...n form is required.
...claims exclusions see the
...ilability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

 how2recycle.info PAPER POUCH



FROM:

Jerald Coney
5710 Reo Cactus Ct
Arlington, TX
76017

RECEIVED
AUG 11 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:

United States District Court
501 West 10th Street Room #310
Fort Worth, TX
76102-3673

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.