**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JERALD DEON CONEY** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-CV-713-P** |
| | § | |
| **WORKERS UNITED SOUTHWEST,** | § | |
| **REGIONAL JOINT BOARD, ET AL.** | § | |

## ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT

On June 11, 2026, *pro se* Plaintiff Jerald Deon Coney filed this case in this Court. [doc. 1]. Pending before the Court is Defendants' Motions to Dismiss and for a More Definite Statement [doc. 19], filed August 6, 2026. A review of Defendants' motion indicates that Defendants have raised several potentially meritorious reasons as to why some or all of Plaintiff's claims against them should be dismissed. As Plaintiff is proceeding *pro se*, the Court will give Plaintiff a **final** opportunity to amend his complaint to plead her "best case" prior to considering Defendants' motions. *See, e.g.*, *Dark v. Potter*, 293 F. App'x 254, 257 (5th Cir. 2008) ("While a precise definition of a plaintiff's 'best case' is elusive, this court often assumes a plaintiff asserts its best case after the plaintiff is 'apprised of the insufficiency' of the complaint."); *Bazrowx v. Scott*, 136 F.3d 1053, 1054 (5th Cir. 1998) ("Generally a district court errs in dismissing a *pro se* complaint for failure to state a claim under Rule 12(b)(6) without giving the plaintiff an opportunity to amend.")

1

Based on the foregoing, it is **ORDERED** that Plaintiff, **no later than August 25, 2026,** shall file an Amended Complaint**.**  Plaintiff's Amended complaint shall comply with the pleading requirements of Federal Rule of Civil Procedure ("Rule") 8(a),[1] as explained and clarified by the Supreme Court in *Bell Atlantic v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662, 677-78 (2009), and the Local Civil Rules of the U.S. District Court for the Northern District of Texas.  **In addition, the Amended Complaint shall stand on its own, contain all allegations and attachments, if any, in one document, and not incorporate by reference any other documents**.

SIGNED August 11, 2026.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 8(a) states:

A pleading that states a claim for relief must contain:
    (1)  a short and plain statement of the grounds for the court's jurisdiction . . . ;
    (2)  a short and plain statement of the claim showing that the pleader is entitled to relief; and
    (3)  a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).