UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JERALD DEON CONEY,
Plaintiff,

v. Civil Action No. 4:26-CV-00713-P-BJ

SOUTHWEST REGIONAL JOINT BOARD,Workers United a/w SEIU
and Lynne Fox (International President)Workers United a/w SEIU
Defendants.

PLAINTIFF'S MOTION FOR REISSUANCE OF SUMMONSES IN DEFENDANTS' CORRECT LEGAL NAMES AND FOR EXTENSION OF TIME TO EFFECT SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MARK T. PITTMAN:

Plaintiff Jerald Deon Coney, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 4 and Federal Rule of Civil Procedure 4(m) for an order directing the Clerk of Court to reissue the summonses for the Defendants in their correct legal names and granting Plaintiff an additional thirty (30) days, or such other period as the Court deems just and appropriate, to complete service.

In support of this Motion, Plaintiff respectfully states as follows:

I. BACKGROUND

1. Plaintiff filed this civil action, Case No. 4:26-CV-00713-P-BJ, asserting claims against the Defendants arising from the matters alleged in Plaintiff's Complaint.

2. Plaintiff has made diligent efforts to identify and properly serve the organizations and individuals named as Defendants in this action.

3. During the process of preparing the summonses and arranging service, Plaintiff determined that certain Defendant names appearing on the previously issued summonses do not accurately reflect the Defendants' correct legal names.

4. Plaintiff respectfully requests that the Clerk reissue the summonses using the Defendants' correct legal names so that service may be completed upon the appropriate registered agent, officer, managing or general agent, or other person authorized to receive service under Federal Rule of Civil Procedure 4.

5. Plaintiff seeks to avoid any dispute concerning the identity of the entities being served and to ensure that service is accomplished in strict accordance with Federal Rule of Civil Procedure 4.

6. Plaintiff is not seeking additional time for purposes of delay. The requested extension is necessary to allow the Clerk to issue the corrected summonses and to allow Plaintiff sufficient time to arrange proper service upon the appropriate registered agents or other authorized representatives.

II. REQUEST FOR REISSUANCE OF SUMMONSES

7. Federal Rule of Civil Procedure 4 governs the issuance and service of summonses upon defendants.

8. Where an organization is required to be served, Rule 4 permits service in accordance with applicable law upon an officer, managing or general agent, or another agent authorized by appointment or by law to receive service.

9. Plaintiff respectfully requests that the Court permit the summonses to be reissued identifying each Defendant by its correct legal name.

10. Plaintiff further requests that the reissued summonses permit service to be made upon each Defendant's registered agent or other officer, managing/general agent, or authorized agent in accordance with Federal Rule of Civil Procedure 4.

11. Reissuance of the summonses will promote clarity and avoid unnecessary disputes concerning misidentification, improper service, or insufficiency of process.

III. REQUEST FOR EXTENSION OF TIME TO SERVE

12. Federal Rule of Civil Procedure 4(m) establishes a time period for service and authorizes the Court to extend the time for service when appropriate.

13. Plaintiff respectfully requests an additional thirty (30) days from the date the Court grants this Motion, or such other period as the Court determines appropriate, to complete service upon the Defendants using the corrected summonses.

14. Good cause and/or other circumstances warrant an extension because Plaintiff is seeking to correct the legal names appearing on the summonses and to ensure that service is made upon the proper registered agents or authorized representatives.

15. Plaintiff has acted in good faith and has attempted to comply with the Court's service requirements.

16. Granting the requested extension will not unfairly prejudice the Defendants. Rather, the extension will allow Plaintiff to accomplish proper service and will ensure that the Defendants receive clear and legally sufficient notice of this action.

17. Denial of the requested extension could result in unnecessary procedural complications caused by an incorrect legal name or improper service, despite Plaintiff's efforts to comply with the Federal Rules of Civil Procedure.

IV. RELIEF REQUESTED

WHEREFORE, Plaintiff Jerald Deon Coney respectfully requests that the Court:

A. GRANT this Motion;

B. DIRECT the Clerk of Court to reissue the summonses for the Defendants using each Defendant's correct legal name;

C. AUTHORIZE Plaintiff to serve each Defendant through its registered agent, officer, managing or general agent, or other person authorized to receive service pursuant to Federal Rule of Civil Procedure 4;

D. EXTEND Plaintiff's deadline to complete service for thirty (30) additional days from the date of the Court's Order granting this Motion, or for such other period as the Court deems just and appropriate;

E. Provide that Plaintiff may file the executed summonses and proofs of service with the Court after service has been completed in accordance with Federal Rule of Civil Procedure

4 and Local Civil Rule 4.1; and

F. Grant such other and further relief as the Court deems just, equitable, and appropriate.

Respectfully submitted,

/s/ Jerald Deon Coney
JERALD DEON CONEY
Plaintiff, Pro Se
5710 Red Cactus Ct

Arlington, TX 76017

(817)680-0626