CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1, Plaintiff certifies that, before filing this Motion, Plaintiff conferred with counsel for the Defendant(s) regarding the relief requested herein.

Counsel for Defendant's stated that the Motion is unopposed.

/s/ Jerald Deon Coney
JERALD DEON CONEY
Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I certify that on August 17, 2026, I served a true and correct copy of the foregoing Plaintiff's Motion for Reissuance of Summonses in Defendants' Correct Legal Names and for Extension of Time to Effect Service upon all parties entitled to service through the Court's electronic filing system and/or by the method required by the Federal Rules of Civil Procedure and the Local Civil Rules of the Northern District of Texas.

/s/ Jerald Deon Coney
JERALD DEON CONEY
Plaintiff, Pro Se