DEATS, DURST & OWEN P.L.L.C.

Attorneys & Counselors

2901 Bee Caves Rd
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 [Fax]

Martha P. Owen [Of Counsel]
Matt Bachop
Manuel Quinto-Pozos
Philip Durst [1956-2019]

August 19, 2026

**VIA EFILING**

United States District Court
Northern District of Texas
Fort Worth Division
Eldon B. Mahon Courthouse
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

RE: Advisory to Court
*Coney v. Southwest Regional Joint Board, et al.*
No. 4:26-cv-00713-P-BJ

To the Honorable United States Judge or Magistrate Judge:

I represent Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Harvey in the above-captioned matter. I write regarding the Plaintiff's Motion for Reissuance of Summonses and for Extension of Time to Effect Service (Docket Entry 24-1).

The Plaintiff is correct that he contacted me to ascertain the Defendants' position on his motion. Please see attached email discussions. On behalf of Defendants, I informed the Plaintiff his request for issuance of summons was unopposed. However, I asked for more information as to what deadline he sought to extend. Mr. Coney responded at 4:24, then filed his motions at 4:53, without giving me the opportunity to further respond to him.

While the Defendants do not oppose the Plaintiff's request for reissuance of summonses or any extension the Court may be inclined to grant the Plaintiff to serve the summonses, the Defendants specifically preserve and do not waive the limitations periods applicable to the Plaintiff's claims.

Respectfully,

Manuel Quinto-Pozos
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on all parties registered with the ECF system on this 19th day of August, 2026.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos


AMERICAN PRINTING & MAILING