**Wednesday, August 19, 2026 at 6:30:39 PM Central Daylight Time**

---

**Subject:** Re: Coney v. SWRJB et al.: motion for more definite statement
**Date:** Monday, August 17, 2026 at 4:24:53 PM Central Daylight Time
**From:** jerry coney
**To:** Manuel Quinto-Pozos
**CC:** jim@gillespiesanford.com, rebloch@laboradvocates.com

Ordered on August 11, 2026 by Judge Magistrate Judge Jeffrey L Cureton has Already ordered me to file Amended Complaint by August 25, 2025

I was asking if you opposed me asking the court for reissuance of summonses to Defendants in their legal name inacordance with the federal 4 rule and you said your unopposed.and I will ask for more time extension for the reserving of the summons not the Amended complaint .

So I will do both as directed by the court and the Magistrate Judge

On Mon, Aug 17, 2026, 2:37 PM Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:

> Mr. Coney,
>
> The defendants do not oppose you filing an amended complaint or requesting reissuance of summons. To the extent you plan to ask for an extension, I would like to better understand what deadline you are referring to.
>
> Respectfully,
>
> Manuel Quinto-Pozos (he/him/él)
> Deats Durst & Owen PLLC
>
> ---
>
> **From:** jerry coney <jerryconey96@gmail.com>
> **Date:** Monday, August 17, 2026 at 1:47 PM
> **To:** jim@gillespiesanford.com <jim@gillespiesanford.com>; rebloch@laboradvocates.com <rebloch@laboradvocates.com>; Manuel Quinto-Pozos <mqp@ddollaw.com>
> **Subject:** Re: Coney v. SWRJB et al.: motion for more definite statement
>
> Today is Monday August 17, 2026 and to be clear this is Jerald Coney (Plaintif) reaching out to the Defendants Attorney Manuel Quintos-Pozos and the two other Attorneys Mr. bloch and Mr. Sanford I emailed earlier today to let all parties know I will be uploading the Amended Complaint today or very soon I have until August 25, 2026 ordered by the Court. The question is asked earlier today if all parties understand I will be asking the court/Judge for reissuance of summons for the Defendants in their legal name and for them to be served inacordance to the Federal 4 rule that satisfy the court .This being they be served either to their registered agent or the correct officer allowed to accept summons. Time Extension Also will be asked to the court/ Judge for the reissuance of summonses.

> Please to all parties of the Defendants
> Attorneys let me know will you be opposed or unopposed to this request from the court.
>
> On Mon, Aug 17, 2026, 9:44 AM jerry coney <jerryconey96@gmail.com> wrote:
>
> > ---------- Forwarded message ---------
> > From: **jerry coney** <jerryconey96@gmail.com>
> > Date: Mon, Aug 17, 2026, 8:40 AM
> > Subject: Re: Coney v. SWRJB et al.: motion for more definite statement
> > To: Manuel Quinto-Pozos <mqp@ddollaw.com>
> >
> > Good morning today is Monday August 17, 2026 I will be uploading my amended complaint and I will be asking the Northern District court to reissue summones to the correct name of the
> >
> > Southwest Regional Joint Board,Workers United a/w SEIU
> >
> > And would like to know if you and the rest of Workers United legal team oppose or unopposed?
> > And is her legal name
> > Billie Jean Hervey? or Jene Hervey? and is she still operating as the regional director?
> > And it shows Lynne Fox as the International President?
> >
> > Are these people still in these positions and operating under these titles?
> >
> > On Thu, Aug 6, 2026, 8:56 AM Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:
> >
> > > Thank you. I will file it today.
> > >
> > > Manuel Quinto-Pozos (he/him/él)
> > > Deats Durst & Owen PLLC
> > >
> > > 2901 Bee Caves Rd., Ste. L, Austin, Texas 78746 (mail only)
> > > 737-205-1024 (voice) / 512-777-1319 (cell)
> > >
> > > ---
> > >
> > > **From:** jerry coney <jerryconey96@gmail.com>
> > > **Sent:** Wednesday, 05 August 2026 21:34:03
> > > **To:** Manuel Quinto-Pozos <mqp@ddollaw.com>
> > > **Subject:** Re: Coney v. SWRJB et al.: motion for more definite statement
> > >
> > > To be clear I'm unopposed to you filing the motion
> > >
> > > And when will you be making this request to the court ?
> > >
> > > On Wed, Aug 5, 2026, 11:47 AM jerry coney <jerryconey96@gmail.com> wrote:
> > >
> > > > No I don't oppose this motion.

On Wed, Aug 5, 2026, 10:38 AM Manuel Quinto-Pozos <mqp@ddollaw.com> wrote:

Mr. Coney,

I am planning to file a motion with the court on behalf of all defendants asking that the Court order you to amend your lawsuit to make a more definite statement, essentially to provide more details.

Under the local rules of the Northern District of Texas, I am required to confer with you and ask if you oppose the motion (like I did when I asked for an extension). Can you please email me back and let me know if you are opposed or unopposed to the motion?

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC

2901 Bee Caves Rd., Ste. L, Austin, Texas 78746 (mail only)
737-205-1024 (voice) / 512-777-1319 (cell)