UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JERALD DEON CONEY,
Plaintiff,

v.

SOUTHWEST REGIONAL JOINT BOARD,
LOCAL 2836, WORKERS UNITED,
A/W SEIU, and
LYNNE FOX, INTERNATIONAL PRESIDENT,
WORKERS UNITED, A/W SEIU,
Defendants.

Civil Action No. 4:26-CV-00713-P-BJ

Hon. Mark T. Pittman
U.S. District Judge

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Jerald Deon Coney, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) and Northern District of Texas Local Civil Rule 15.1 for leave to file his Second Amended Complaint.

In support of this Motion, Plaintiff respectfully states as follows:

I. INTRODUCTION

1. Plaintiff brings this Motion for Leave to File Second Amended Complaint for the purpose of correcting and clarifying the legal identities and names of the union-related Defendants and ensuring that the pleadings accurately identify the parties against whom Plaintiff seeks relief.

2. Plaintiff seeks leave to identify the Defendants as follows:

a. Southwest Regional Joint Board, Local 2836, Workers United, a/w SEIU; and

b. Lynne Fox, International President, Workers United, a/w SEIU, in her appropriate capacity as alleged in the Second Amended Complaint.

3. The proposed Second Amended Complaint is intended to clarify the parties, allegations,

causes of action, and requested relief arising from the same underlying facts and employment-related events that form the basis of Plaintiff's existing action.

4. Plaintiff is not seeking leave for the purpose of causing unnecessary delay or prejudice. Rather, Plaintiff seeks to ensure that the Court's record contains the correct legal identities of the parties and that the issues presented can be adjudicated on their merits.

II. RULE 15(a)(2) PERMITS AMENDMENT WITH LEAVE OF COURT

5. Federal Rule of Civil Procedure 15(a)(2) provides that, when a pleading may no longer be amended as a matter of course, a party may amend its pleading with the opposing party's written consent or the Court's leave.

6. Rule 15(a)(2) further provides that the Court should freely give leave when justice so requires.

7. Plaintiff respectfully submits that justice favors allowing the proposed amendment because the amendment will clarify the identities of the parties, eliminate potential confusion concerning the proper legal defendants, and permit the claims to proceed against the parties Plaintiff contends are responsible for the conduct alleged in the Complaint.

III. THE PROPOSED AMENDMENT WILL CLARIFY THE PARTIES

8. Plaintiff's request is substantially directed toward identifying and pleading against the proper legal entities and individual defendant associated with the union-related conduct alleged in this action.

9. Plaintiff seeks to avoid ambiguity concerning the identity of the union organization and its affiliated entities.

10. The proposed Second Amended Complaint will provide the Court and the Defendants with a clearer statement of the parties and the factual and legal allegations Plaintiff intends to pursue.

11. The amendment will therefore promote judicial efficiency and allow the parties and the Court to address the merits of the dispute without unnecessary uncertainty concerning the identity of the Defendants.

IV. THE AMENDMENT IS NOT SOUGHT IN BAD FAITH

12. Plaintiff seeks this amendment in good faith and for the legitimate purpose of accurately identifying the parties and presenting his claims to the Court.

13. Plaintiff has no intention of using the amendment to harass any Defendant, create unnecessary delay, or impose undue expense.

14. Plaintiff respectfully submits that permitting the amendment will assist rather than hinder the orderly resolution of this litigation.

V. NO UNDUE PREJUDICE

15. Plaintiff respectfully submits that allowing the proposed amendment will not unfairly prejudice the Defendants.

16. The proposed amendment concerns the same general dispute and underlying conduct already placed before the Court.

17. Any Defendant affected by the amendment will have the opportunity provided by the Federal Rules of Civil Procedure to respond to the Second Amended Complaint and assert any applicable defenses.

18. Allowing the amendment will therefore permit the case to proceed with the parties and allegations clearly identified.

VI. JUSTICE FAVORS RESOLUTION ON THE MERITS

19. Federal pleading rules favor allowing cases to be resolved on their merits rather than on technical deficiencies in the identification of parties.

20. Plaintiff respectfully submits that denying leave at this stage could create unnecessary procedural complications concerning the identity of the proper Defendants.

21. Granting leave, by contrast, would provide a clear operative pleading and allow the Court and the parties to address the substantive issues presented by this litigation.

VII. REQUEST FOR LEAVE TO FILE

22. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and N.D. Tex. Local Civil Rule 15.1, Plaintiff respectfully requests that the Court grant him leave to file the attached proposed Second Amended Complaint.

23. Plaintiff further requests that, upon entry of the Court's Order granting this Motion, the attached proposed Second Amended Complaint be deemed filed as of the date specified by the Court.

24. Plaintiff respectfully requests that the Court permit the Defendants to respond to the Second Amended Complaint within the time provided by the Federal Rules of Civil Procedure or as otherwise ordered by the Court.

VIII. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jerald Deon Coney respectfully requests that the Court:

1. GRANT Plaintiff's Motion for Leave to File Second Amended Complaint;

2. Permit Plaintiff to file the proposed Second Amended Complaint attached as Exhibit A;

3. Permit Plaintiff to identify the Defendants by their proper legal names and capacities as set forth in the proposed Second Amended Complaint;

4. Direct the Clerk, upon entry of the Court's Order, to file the Second Amended Complaint in accordance with the Court's Order; and

5. Grant Plaintiff such other and further relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

JERALD DEON CONEY
Plaintiff, Pro Se
5710 Red Cactus Ct
Arlington, TX 76017
(817)680-0626
jerryconey96@gmail.com

Date: August 28, 2026