UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Date: August 28, 2026

JERALD DEON CONEY,
Plaintiff,

v.

SOUTHWEST REGIONAL JOINT BOARD,
LOCAL 2836, WORKERS UNITED,
A/W SEIU, and
LYNNE FOX, INTERNATIONAL PRESIDENT,
WORKERS UNITED, A/W SEIU,
Defendants.

Civil Action No. 4:26-CV-00713-P-BJ

Hon. Mark T. Pittman
U.S. District Judge

CERTIFICATE OF CONFERENCE / INABILITY TO CONFER

Pursuant to Northern District of Texas Local Civil Rule 7.1, Plaintiff Jerald Deon Coney certifies that he attempted to confer with counsel for the opposing party regarding the relief requested in Plaintiff's Motion for Leave to File Second Amended Complaint.

[SELECT AND COMPLETE THE APPLICABLE STATEMENT:]

Option 1 — Conference occurred:

Plaintiff conferred with counsels for the opposing party concerning the proposed amendment. The parties were able to reach an agreement regarding the requested relief, and the motion is therefore unopposed.

As of August 20, 2026

Plaintiff therefore respectfully requests that the Court consider the Motion notwithstanding the inability to confer.

Respectfully submitted,

JERALD DEON CONEY
Plaintiff, Pro Se