**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>Plaintiff<br><br>v.<br><br>WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, et al.<br>Defendants | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

COME NOW Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Fox[1] (collectively "Defendants") and respectfully file this Motion to Extend their deadline to file their answer or responsive pleading to Plaintiff's Complaint and would show as follows:

1. The Plaintiff filed this lawsuit on June 11, 2026. Docket Entry No. 1

2. The Defendants filed a Motion to Dismiss and a Motion for a More Definite Statement and a supporting brief on August 6, 2026. Docket Entries No. 19–20.

3. On August 11, 2026, the Court ordered the Plaintiff to file an amended complaint. Docket Entry No. 23.

4. On August 17, 2026, the Plaintiff filed an amended complaint. Docket Entry No. 24.

5. On August 26, 2026, the Plaintiff filed another amended complaint, which the Court struck and unfiled on the same day due to the absence of leave of the Court. Docket

[1] The Plaintiff's Original Complaint did not appear to name Jean Hervey or Lynn Fox as defendants, only as representatives of the Southwest Regional Joint Board and Workers United, respectively. Docket Entry No. 1 at 2. However, the Court's docket lists Ms. Hervey and Ms. Fox as defendants, and the Plaintiff's Amended Complaint continues to list Ms. Fox in the case caption. Docket Entry No. 24 at 1. To the extent that Ms. Hervey and Ms. Fox *are* defendants, this motion is also filed on their behalf.

Entries No. 27–28.

6. On August 28, 2026, the Plaintiff filed a Motion for Leave to file an amended complaint. Docket Entry No. 29.

7. Under Federal Rule of Civil Procedure 12, Defendants' answer or responsive pleading to the Plaintiff's amended complaint filed on August 17 is due within 21 days of service, or on September 7, 2026. Because September 7, 2026, is the Labor Day holiday, the Defendants' deadline is September 8, 2026. Fed. R. Civ. P. 6(a)(1)(C).

8. Defendants respectfully file this motion seeking a two-week extension of this deadline to file an answer or responsive pleading, or until September 21, 2026.

9. The motion is necessary for Defendants to fully review the Plaintiff's complaint and allegations therein, and to formulate a response to them. The substance of Plaintiff's original complaint was 5 pages long. Docket Entry No. 1. The complaint was a form, and the factual allegations supplied on the form occupied one page. *Id.* at 4. By contrast, the amended complaint is 20 pages long and includes an additional 20 pages of attachments. Docket Entry No. 24. The amended complaint makes many new allegations for the first time.

10. Furthermore, the extension is necessary because Defendants' lead counsel was preparing for a jury trial that was scheduled to proceed on August 31, 2026, as well as responding to an emergency matter pending before Region 16 of the National Labor Relations Board between August 18 and August 24, 2026.

11. This motion is not being filed for the purpose of delay.

12. The undersigned counsel certifies he conferred with the *pro se* Plaintiff about the substance of this motion. The Plaintiff stated he is "not opposed or unopposed" to the motion for an extension.

WHEREFORE, Defendants respectfully requests that the Court grant their motion, extending the answer or responsive pleading deadline until September 21, 2026.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos
Texas Bar No. 24170459
Deats Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

James Sanford
Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001
jim@gillespiesanford.com

*Attorneys for Defendants Southwest Regional Joint Board and Jean Hervey*

Robert E. Bloch
Admitted Pro Hac Vice
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP
Illinois Bar Number: 6187400
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Phone 312-372-1361
Fax 312-372-6599
rebloch@laboradvocates.com

James Sanford
Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001
jim@gillespiesanford.com

*Attorneys for Workers United and Lynne Fox*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that he conferred with the Plaintiff regarding the substance of this motion. The Plaintiff stated he is not opposed nor unopposed to this motion.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 2nd day of September, 2026.

Plaintiff Jerald Coney
jerryconey96@gmail.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos