**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>Plaintiff<br><br>v.<br><br>WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, et al.<br>Defendants | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

**ORDER**

CAME TO BE HEARD Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Fox's Motion to Extend its deadline to file their answer or responsive pleading to Plaintiff's Amended Complaint.

The Court finds that the Motion for Extension is well-taken and is therefore GRANTED.

It is ORDERED that Defendants' deadline to file their answer or responsive pleading to Plaintiff's Amended Complaint is extended to September 21, 2026.

SO ORDERED this _____ day of September, 2026.

HON. JEFF CURETON
U.S. MAGISTRATE JUDGE