**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>*Plaintiff*<br><br>v.<br><br>WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, et al.<br>*Defendants* | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

**PROPOSED ORDER**

CAME TO BE HEARD Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Fox's Motions to Dismiss pursuant to Rules 12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6).

After considering the motions, the Plaintiff's response and the Defendants' Reply, the Court finds that the motions are meritorious. The Court GRANTS Defendants' Motion as follows:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

SO ORDERED.

______________________________
HON. MARK TIMOTHY PITTMAN
UNITED STATES DISTRICT JUDGE