# Fwd: Coney v. SWRJB et al.: motion for more definite statement

## Inbox

Inbox

- Message 1 of 1. For JAWS, turn virtual PC Cursor on if needed.

  To: me · Mon, Sep 21 at 5:38 PM

  ### Message Body

  Proof I have been asking for Proof of Summons

  ---------- Forwarded message ---------
  From: **jerry coney** <jerryconey96@gmail.com>
  Date: Mon, Aug 31, 2026, 4:43 PM
  Subject: Re: Coney v. SWRJB et al.: motion for more definite statement
  To: Manuel Quinto-Pozos <mqp@ddollaw.com>
  Cc: jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>

  To all Counsels when I ask the court to reissue summones here soon I need to know it the Southwest Regional Joint Board in Grand Prairie under local 2842 ? Or under Local 2846 ?

  I showing it's under 2846 and under the New Amended complaint it's a typo of 2836 when it should be 2846 ? Today is Monday August 31, 2026 and wanted to be documented that I'm aware of the actual local or asking all Counsels to Verify this information so it can be corrected. And now that we have established the Right name Southwest Regional Joint Board local 2846, Workers United a/w SEIU

  Do you want me to Serve summons to the local off of Southwest Regional Joint Board local 2846 ?

  And Serve Lynn Fox (International President) Worker's United at her office

  In Philadelphia,PA ?

  Or now that we have presented the right name and Local can we do a Waiver of Summons?

To prevent service to these Defendants publicly again ?

Please answers these questions and concerns so I know what to expect going forward.

Once again this is Southwest Regional Joint Board local 2846 ??

That is correct ? Please confirm

This so If later we need the Court to see I found out the correct local number and did ask All Counsels to confirm and waive summons inacordance with the Federal 4 rule so we don't have to over stress the court when the Truth is out their now .

Please let me know your response?