# Fwd: Request for Waiver of Service — Southwest Regional Joint Board, Local 2846

## Inbox

Inbox

- Message 1 of 1. For JAWS, turn virtual PC Cursor on if needed.

  To: me · Mon, Sep 21 at 5:44 PM

  ### Message Body

  More Proof from August 31, 2026

  ---------- Forwarded message ---------
  From: **jerry coney** <jerryconey96@gmail.com>
  Date: Mon, Aug 31, 2026, 9:20 PM
  Subject: Request for Waiver of Service — Southwest Regional Joint Board, Local 2846
  To: Manuel Quinto-Pozos <mqp@ddollaw.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>

  Counsel:

  I am writing regarding the identification and service of the Union defendant in this matter.

  Plaintiff recently located a settlement offer made by the Southwest Regional Joint Board in 2025 concerning the underlying employment dispute. Significantly, that settlement correspondence expressly identified Southwest Regional Joint Board, Local 2846 as the Union involved in the matter and identified the Joint Board/Local 2846 as the Union party making the settlement offer.

  This correspondence is significant because it provides contemporaneous documentation that the Union itself previously identified and represented Local 2846 as the Union organization involved in Plaintiff's dispute.

  Plaintiff is providing this information to defense counsel so that there is no further ambiguity concerning the Union entity Plaintiff is attempting to bring before the Court.

  In light of the foregoing, Plaintiff respectfully requests that the Union, through its newly

appearing counsel, consider accepting and executing a Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d) for the properly identified Union defendant.

Plaintiff believes that executing the waiver would efficiently resolve any remaining issue concerning formal service without requiring the parties or the Court to expend unnecessary resources litigating a technical service issue. Execution of a Rule 4(d) waiver would not require the Union to waive any substantive defenses or objections otherwise available under the Federal Rules of Civil Procedure.

Plaintiff is prepared to provide defense counsel with a copy of the 2025 settlement offer and the applicable pleadings and service documents for review.

Please advise whether the Union will voluntarily execute the Rule 4(d) Waiver of Service.

Plaintiff remains willing to resolve the service issue cooperatively and without unnecessary motion practice. Nothing in this correspondence is intended to waive any claims, defenses, rights, or remedies available to Plaintiff.

Respectfully,

Jerald Deon Coney
Plaintiff, Pro Se