From: jerry coney <jerryconey96@gmail.com>
Date: Sat, Sep 19, 2026, 5:23 PM
Subject: Case No. 4:26-cv-00713-P-BJ — Request for Clarification of Service and Rule 4(d) Waiver
To: Manuel Quinto-Pozos <mqp@ddollaw.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, Schoonmaker, Linda <lschoonmaker@seyfarth.com>

Counsel,

I am writing regarding service of the summons and Complaint in Case No. 4:26-cv-00713-P-BJ, Jerald Coney v. Southwest Regional Joint Board, Local 2846, Lynne Fox, and the other named Defendants.

Before I seek any intervention from the Court concerning service, I am requesting that defense counsel please provide a clear written response identifying the proper procedure and person authorized to accept service on behalf of each Defendant that has not yet been properly served.

Specifically, with respect to Southwest Regional Joint Board, Local 2846, please confirm:

1. Whether any attorney presently representing the Southwest Regional Joint Board, Local 2846 is authorized to accept service of the summons and Complaint on behalf of that Defendant;

2. If counsel is authorized to accept service, whether counsel will accept service on behalf of the Defendant and/or execute a Rule 4(d) Waiver of Service of Summons;

3. If counsel is not authorized to accept service or execute a Rule 4(d) waiver, please identify the officer, managing or general agent, or other person/agent authorized by appointment or law to receive service of process for Southwest Regional Joint Board, Local 2846, including the appropriate address or service information necessary for Plaintiff to complete service;

4. With respect to each other Defendant in this action, please likewise identify whether the attorney representing that Defendant is authorized to accept service or execute a Rule 4(d) waiver on that Defendant's behalf, or identify the appropriate person or agent authorized to receive service.

My purpose in making this request is to ensure that service is completed correctly under Federal Rule of Civil Procedure 4 and to avoid any unnecessary dispute or delay concerning service.

I am attempting to resolve this issue cooperatively before asking the Court to address it. I also want to preserve the record that Plaintiff has made a good-faith effort to determine the proper persons or agents authorized to receive service rather than risk a later argument that service was defective.

This is particularly important because service issues have previously been raised in this litigation. I would therefore appreciate a clear response identifying the proper recipient for service or confirming counsel's authority to accept service and/or execute the appropriate Rule

4(d) waiver.

If defense counsel is willing to resolve this by waiver, I am prepared to proceed with the appropriate Northern District of Texas waiver documentation. The Court's Local Civil Rule 4.1 recognizes filing an executed waiver of service, and Federal Rule 4(d) provides the procedure for requesting and obtaining waiver of service.

I respectfully request a written response identifying the appropriate service procedure for each Defendant before I consider filing a motion asking the Court to clarify the service requirements and identify or require disclosure of the appropriate person or agent authorized to accept service.

I am also willing to address this issue during the parties' upcoming conference concerning the related litigation and any potential consolidation or coordination of the two cases, so that the service issue can hopefully be resolved without unnecessary Court involvement, expense, or delay.

Thank you for your cooperation. I look forward to receiving a clear response regarding service and waiver of service for each Defendant.

Respectfully,

Jerald Deon Coney
Plaintiff, Pro Se
Case No. 4:26-cv-00713-P-BJ
United States District Court
Northern District of Texas