From: jerry coney <jerryconey96@gmail.com>
Date: Sat, Sep 19, 2026, 10:08 AM
Subject: Rule 4 Service and Potential Consolidation – Case No. 4:26-cv-00713-P-BJ
To: Manuel Quinto-Pozos <mqp@ddollaw.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>

Counsel,

As we prepare for our upcoming conference regarding the potential consolidation of Case No. 4:26-cv-00318-O-BP and Case No. 4:26-cv-00713-P-BJ, I would also like to address a separate procedural matter concerning service of the summons in Case No. 4:26-cv-00713-P-BJ.

I have reviewed the summons and have some concern that the summons issued and/or served may contain an issue that could potentially create a Rule 4 service question later in the litigation. I am raising this now because I would prefer that we resolve and clearly preserve the issue rather than allow it to become a source of additional motion practice, cost, or delay.

As you know, the defendants in Case No. 4:26-cv-00318-O-BP have already executed a waiver of service under Federal Rule of Civil Procedure 4. With respect to Case No. 4:26-cv-00713-P-BJ, I would like to discuss during our conference whether the defendants would also be willing to execute appropriate Rule 4 waivers, to the extent necessary or appropriate, so that there is no uncertainty concerning service.

Whether we ultimately agree to consolidate the two cases or do not reach an agreement concerning consolidation, I believe it would be beneficial for all parties to address the Rule 4 issue expressly and determine whether it can be resolved by agreement without requiring additional Court intervention.

If counsel believes that the existing summons and service in Case No. 4:26-cv-00713-P-BJ are fully sufficient, I am willing to discuss that position and the basis for it. If there is any uncertainty, I would prefer that we jointly identify the issue and, if necessary, ask the Court for appropriate direction concerning any reissuance or additional service that may be required.

My purpose in raising this is not to create unnecessary litigation. To the contrary, I am attempting to resolve the issue now in light of the Court's stated interest in avoiding unnecessary cost, delay, duplication, and confusion.

I would therefore like Rule 4 service and any potential waiver of service to be included in our upcoming conference discussion and, if appropriate, addressed in the parties' status report to the Court. My position is that this issue should be clearly resolved and preserved on the record so that neither side is confronted with an avoidable service dispute later in the proceedings.

Please let me know whether the defendants are willing to address and resolve this issue by agreement during our conference.

Respectfully,

Jerald Deon Coney
Plaintiff, Pro Se
Case No. 4:26-cv-00713-P-BJ