---------- Forwarded message ---------
From: **Manuel Quinto-Pozos** <mqp@ddollaw.com>
Date: Thu, Sep 24, 2026, 10:00 AM
Subject: Coney v. SWRJB position on consolidation
To: jerry coney <jerryconey96@gmail.com>

Mr. Coney,

Here is the defendants' position on consolidation. The cases have different defendants. Furthermore, the defendants believe that Judge Cureton is already somewhat familiar with the issues presented in this case, specifically, the Plaintiff's claims and the Defendants' motion to dismiss for lack of jurisdiction and for failure to state a claim. The Plaintiff's case against the employer does not present these issues. To the Defendants' understanding, there was and is no motion to dismiss in that case, a scheduling order is already in place, and the parties are already conducting discovery.

For these reasons, it is the Defendants' position that a decision on consolidation should be deferred until after the Court rules on their motions to dismiss. Following the Court's ruling on the motions to dismiss, the Defendants take no position on whether the cases should be consolidated or remain separate cases. However, if the cases are consolidated, the Defendants' position is that a scheduling order must be entered that gives Defendants sufficient time to conduct discovery and sets other appropriate deadlines.

Separately, on your question of waiving service on behalf of the defendants, Workers United would be willing to waive service in exchange for you agreeing to dismiss the claims against Jean Hervey and Lynne Fox. As I have stated in our motions to dismiss, individual people cannot be sued under Title VII, ADA, ADEA, 42 USC s. 1981 or for breach of duty of representation. In the same spirit that you mention simplifying issues and avoiding unnecessary litigation, we think this is a reasonable compromise.

If you will send me your position on consolidation, I can prepare a draft joint report that I can share with you so that you can review it and we can revise it before filing it with the Court before October 1. If you will also let me know your response to our proposal regarding waiver of service and dismissal of the claims against the individual defendants, I can also prepare the appropriate documents. Thank you.

Manuel Quinto-Pozos (he/him/él)
Deats Durst & Owen PLLC
2901 Bee Caves Rd., Ste. L, Austin, Texas 78746 (mail only)
737-205-1024 (voice) / 512-777-1319 (cell)