From: **jerry coney** <jerryconey96@gmail.com>
Date: Fri, Sep 25, 2026, 10:40 AM
Subject: Re: Coney v. SWRJB position on consolidation
To: Manuel Quinto-Pozos <mqp@ddollaw.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>, Schoonmaker, Linda <lschoonmaker@seyfarth.com>

Good Morning Mr Manuel Quintos-Pozos can we get clarification? Are you Authorized to accept Summons because Remember you previously stated that you and the other Attorneys were not Authorized to Accept Waiver of Summons?? What's different now on Friday September 25, 2026 ? I'm trying to consider your Proposal to Dismiss Jean Hervey, and Lynne Fox but I need Definite Clarification and the actual legal names of the Defendants you will accept Waiver of Summons for?