# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Western States Regional Joint Board, Workers United | Amalgamated Financial Corp. [ AMAL ] | Director; X 10% Owner |
| (Last) (First) (Middle) | 2a. Foreign Trading Symbol | Officer (give title below); Other (specify below) |
| 920 SOUTH ALVARADO STREET | 3. Date of Earliest Transaction (Month/Day/Year) 09/11/2026 | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) LOS ANGELES CALIFORNIA 90006 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | Form filed by One Reporting Person |
| (City) (State) (Zip) | | X Form filed by More than One Reporting Person |
| UNITED STATES | | |
| (Country) | | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.01 per share ("Common Stock") | 09/14/2026 | | S | | 82,412 | D | $47.6873[18] | 6,906,314.93 | D[4][15][16][17] | |
| Common Stock | | | | | | | | 119,132.96 | D[1][15][16][17] | |
| Common Stock | | | | | | | | 302,517.82 | D[2][15][16][17] | |
| Common Stock | 09/14/2026 | | S | | 50,000 | D | $47.9784[19] | 373,022 | D[3][15][16][17] | |
| Common Stock | 09/11/2026 | | S | | 80,000 | D | $47.8777[20] | 399,567 | D[5][15][16][17] | |
| Common Stock | | | | | | | | 281,583.12 | D[6][15][16][17] | |
| Common Stock | | | | | | | | 114,600 | D[7][15][16][17] | |
| Common Stock | | | | | | | | 264,939.14 | D[8][15][16][17] | |
| Common Stock | 09/11/2026 | | S | | 154,128 | D | $47.8828[21] | 1,476,678.4 | D[9][15][16][17] | |
| Common Stock | 09/14/2026 | | S | | 95,872 | D | $47.8941[22] | 1,380,806.4 | D[9][15][16][17] | |
| Common Stock | | | | | | | | 132,580 | D[10][15][16][17] | |
| Common Stock | | | | | | | | 119,380 | D[11][15][16][17] | |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | | 27,421.98 | D[12][15][16][17] | |
| Common Stock | | | | | | | | 149,794.78 | D[13][15][16][17] | |
| Common Stock | | | | | | | | 4,752.85 | D[14][15][16][17] | |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person* |
|---|
| Western States Regional Joint Board, Workers United |
| (Last) (First) (Middle)<br>920 SOUTH ALVARADO STREET |
| (Street) |

SEC Form 4

| |
|---|
| LOS ANGELES CALIFORNIA 90006 |
| (City) (State) (Zip) |
| UNITED STATES |
| (Country) |
| Relationship of Reporting Person(s) to Issuer |
| Director X 10% Owner<br>Officer (give title below) Other (specify below) |
| 1. Name and Address of Reporting Person* <br>Workers United Canada Council |
| (Last) (First) (Middle)<br>2800 SKYMARK AVENUE, UNIT 10A |
| (Street)<br>MISSISSAUGA L4W 5A7 |
| (City) (State) (Zip) |
| ONTARIO, CANADA |
| (Country) |
| Relationship of Reporting Person(s) to Issuer |
| Director X 10% Owner<br>Officer (give title below) Other (specify below) |

SEC Form 4

| |
|---|
| 1. Name and Address of Reporting Person* [Southern Region Workers United/SEIU] |
| (Last) (First) (Middle)<br>1777 PHOENIX PARKWAY, SUITE 203 |
| (Street)<br>ATLANTA GEORGIA 30349 |
| (City) (State) (Zip) |
| UNITED STATES |
| (Country) |
| Relationship of Reporting Person(s) to Issuer |
| Director; X 10% Owner; Officer (give title below); Other (specify below) |
| 1. Name and Address of Reporting Person* [Southwest Regional Joint Board, Workers United] |
| (Last) (First) (Middle)<br>3235 SOUTH CARRIER PARKWAY |
| (Street)<br>GRAND PRAIRIE TEXAS 75052 |
| (City) (State) (Zip) |
| UNITED STATES |

| |
|---|
| (Country) |
| Relationship of Reporting Person(s) to Issuer |
| Director X 10% Owner<br>Officer (give title below) Other (specify below) |

**Explanation of Responses:**

1. Reflects securities directly owned by Rochester Regional Joint Board, Workers United ("Rochester Workers United").
2. Reflects securities directly owned by Pennsylvania Joint Board Workers United ("Pennsylvania Joint Board").
3. Reflects securities directly owned by Philadelphia Joint Board, Workers United ("Philadelphia Joint Board").
4. Reflects securities directly owned by Workers United.
5. Reflects securities directly owned by Chicago & Midwest Regional Joint Board, Workers United ("Chicago & Midwest").
6. Reflects securities directly owned by Laundry, Distribution & Food Service Joint Board, Workers United ("Laundry, Distribution & Food Service").
7. Reflects securities directly owned by Local 50, Workers United ("Local 50").
8. Reflects securities directly owned by Mid-Atlantic Regional Joint Board, Workers United ("Mid-Atlantic Regional").
9. Reflects securities directly owned by New York-New Jersey Regional Joint Board, Workers United ("New York-New Jersey Regional").
10. Reflects securities directly owned by Rochester Regional Joint Board Fund for the Future ("Rochester Regional Fund").
11. Reflects securities directly owned by Western States Regional Joint Board, Workers United ("Western States").
12. Reflects securities directly owned by Workers United Canada Council ("Workers United Canada").
13. Reflects securities directly owned by Workers United, Southern Regional Joint Board ("Southern Regional").
14. Reflects securities directly owned by Southwest Regional Joint Board ("Southwest").
15. For purposes of this filing, the "Reporting Persons" means, as applicable, Workers United, Chicago & Midwest, Laundry, Distribution & Food Service, Local 50, Mid-Atlantic Regional, New York-New Jersey Regional, Pennsylvania Joint Board, Philadelphia Joint Board, Rochester Regional Fund, Rochester Workers United, Western States, Workers United Canada, Southern Regional and Southwest.
16. The filing of this statement by the Reporting Persons shall not be deemed to be an admission that, for purposes of Section 16 of the Securities Exchange Act of 1934, as amended, or otherwise, any Reporting Person is the beneficial owner of the securities reported herein and each of the Reporting Persons expressly disclaims beneficial ownership of the securities reported herein for purposes of Section 16 of the Securities Act, except to the extent of such Reporting Person's pecuniary interest therein, if any.
17. Information with respect to each Reporting Person is given solely by such Reporting Person, and no Reporting Person has responsibility for the accuracy or completeness of information supplied by another Reporting Person.
18. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $47.6000 to $47.8100, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth herein.

19. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $47.6500 to $48.3000, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth herein.

20. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $47.8000 to $48.0145, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth herein.

21. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $47.8000 to $48.0000, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth herein.

22. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $47.6000 to $48.3100, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth herein.

**Remarks:**

Each of the Reporting Persons may be deemed to be a member of a "group" for purposes of the Securities Exchange Act of 1934. Each Reporting Person disclaims beneficial ownership of any securities deemed to be owned by the group that are not directly owned by the Reporting Person. This report shall not be deemed an admission that any Reporting Person is a member of a group or the beneficial owner of any securities not directly owned by the Reporting Person. To enable all of the Reporting Persons to gain access to the Securities and Exchange Commission's electronic filing system (which only accepts a maximum of 10 joint filers per report), this report is the second of two identical reports relating to the same transaction being filed with the Securities and Exchange Commission.

| | |
|---|---|
| Western States Regional Joint Board, Workers United By: Lynne Fox, by Power of Attorney | 09/15/2026 |
| Workers United Canada Council By: Lynne Fox, by Power of Attorney | 09/15/2026 |
| Workers United, Southern Regional Joint Board By: Lynne Fox, by Power of Attorney | 09/15/2026 |
| Southwest Regional Joint Board By: Lynne Fox, by Power of Attorney | 09/15/2026 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.