jerry coney<jerryconey96@gmail.com>
You
Rule 4 Service Southwest Regional Joint Board

---------- Forwarded message ---------
From: **jerry coney** <jerryconey96@gmail.com>
Date: Wed, Sep 23, 2026, 11:30 PM
Subject: Rule 4 Service — Southwest Regional Joint Board
To: Manuel Quinto-Pozos <mqp@ddollaw.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>, Schoonmaker, Linda <lschoonmaker@seyfarth.com>

Counsel,

I recently became aware of a September 2, 2026 SEC filing identifying Lynne Fox as signing for the Southwest Regional Joint Board pursuant to a Power of Attorney.

For purposes of resolving the outstanding Rule 4 service issue in Case No. 4:26-cv-00713-P-BJ, could you please clarify:

1. Does Ms. Fox's Power of Attorney authorize her to execute a waiver of service/summons under Federal Rule 4(d) on behalf of the Southwest Regional Joint Board?
2. If not, who is authorized to execute the waiver on behalf of the Southwest Regional Joint Board?
3. Is defense counsel authorized to execute the Rule 4(d) waiver on behalf of the Joint Board?

I am raising this now so that the service issue can be clarified before the October 1 status report and hopefully resolved without unnecessary delay or additional expense.

Thank you,
Jerald Coney
Plaintiff, Pro Se
Case No. 4:26-cv-00713-P-BJ