**Fwd: ???? What does this Recent change of Authority mean? In Connection to my case in Determining who has Authority over the Southwest Regional Joint Board local 2846 to be served proper Summons inacordance with the Federal 4 rule?**

jerry coney<jerryconey96@gmail.com>
You
Change of Authority

---------- Forwarded message ---------
From: **jerry coney** <jerryconey96@gmail.com>
Date: Thu, Sep 24, 2026, 10:44 AM
Subject: ???? What does this Recent change of Authority mean? In Connection to my case in Determining who has Authority over the Southwest Regional Joint Board local 2846 to be served proper Summons inacordance with the Federal 4 rule?
To: Manuel Quinto-Pozos <mqp@ddollaw.com>, jim@gillespiesanford.com <jim@gillespiesanford.com>, rebloch@laboradvocates.com <rebloch@laboradvocates.com>, Schoonmaker, Linda <lschoonmaker@seyfarth.com>

But the signature history changes:
Period
Person signing for SWRJB
Capacity
Sept. 11, 2024
Billie Jean Hervey
Regional Director
Nov. 18, 2024
Billie Jean Hervey
Regional Director
Nov. 21, 2024
Billie Jean Hervey
Regional Director
Sept. 2, 2026
Lynne Fox
Power of Attorney
Sept. 8, 2026
Lynne Fox
Power of Attorney
The 2024 SEC records expressly show Hervey signing for SWRJB while Fox was already signing as POA for Western States, Canada Council, Southern Regional and other Workers United entities. In other words, Fox's existing POAs for other affiliates apparently did not automatically make her SWRJB's POA at that time.