**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JERALD DEON CONEY<br>Plaintiff<br><br>v.<br><br>WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, et al.<br>Defendants | CIVIL ACTION NO. 4:26-cv-00713-P-BJ |

**PARTIES' JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JEAN HERVEY AND LYNNE FOX**

COME NOW Plaintiff Jerald Deon Coney and Defendants Southwest Regional Joint Board, Jean Hervey, Workers United and Lynne Fox and respectfully file this Joint Motion to Dismiss Plaintiff's Claims Against Defendants Jean Hervey and would show as follows:

1. The Plaintiff filed his original complaint on June 11, 2026. Doc. 1. The complaint asserts claims against the Southwest Regional Joint Board and against Workers United. Although the complaint, on its face, does not name Jean Hervey and Lynne Fox as defendants, it names them as representatives of Southwest Regional Joint Board and Workers United, respectively. *Id.* at 2. the Court's docket identifies Ms. Hervey and Ms. Fox as defendants.

2. The Plaintiff subsequently filed an amended complaint on August 17, 2026. Doc. 24.

3. Through their discussions, Plaintiff, the Southwest Regional Joint Board and Workers United, have agreed that they will waive service of process and that the Plaintiff will dismiss his claims against Ms. Hervey and Ms. Fox.

4. The Plaintiff reserves the right to allege action or inaction by Ms. Hervey or Ms. Fox in connection with his claims against the remaining defendants despite dismissing them from the lawsuit. For their part, Southwest Regional Joint Board and Workers United reserve all

arguments as to relevance, admissibility, and any other evidentiary objections. In other words, the parties are reserving their arguments about facts that may develop.

WHEREFORE, premises considered, the parties respectfully request that the Court grant this joint motion and dismiss the Plaintiff's claims against Defendants Jean Hervey and Lynne Fox with prejudice.

Respectfully submitted,

/s/ Jerald Deon Coney (with permission)
Jerald Deon Coney
5710 Red Cactus Ct
Arlington, Texas [76017]
(817) 680-0626
Email:jerryconeyg6@gmail.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
Deats Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

James Sanford
Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001
jim@gillespiesanford.com

*Attorneys for Defendants Southwest Regional Joint Board and Jean Hervey*

Robert E. Bloch
Admitted Pro Hac Vice
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP
Illinois Bar Number: 6187400
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Phone: 312-372-1361
Fax: 312-372-6599
rebloch@laboradvocates.com

James Sanford

Gillespie Sanford LLP
Texas State Bar Number: 24051289
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001
jim@gillespiesanford.com

*Attorneys for Workers United and Lynne Fox*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 23rd day of October, 2026.

Plaintiff Jerald Coney
jerryconey96@gmail.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos