**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

JERALD DEON CONEY
*Plaintiff*

v.

WORKERS UNITED SOUTHWEST REGIONAL JOINT BOARD, et al.
*Defendants*

CIVIL ACTION NO. 4:26-cv-00713-P-BJ

**PROPOSED ORDER**

CAME TO BE HEARD the Parties' Joint Motion to Dismiss the Plaintiff's Claims against Defendants Jean Hervey and Lynne Fox.

After considering the motions, the Court finds that the motions are meritorious. The Court GRANTS the Joint Motion and DISMISSES the Plaintiff's claims against Defendants Jean Hervey and Lynne Fox WITH PREJUDICE. The Plaintiff's claims against Defendants Southwest Regional Joint Board (a/k/a "Local 2846") and Workers United remain before this Court.

The Plaintiff may allege action or inaction by Ms. Hervey or Ms. Fox in connection with his claims against the remaining defendants despite dismissing them from the lawsuit. For their part, Southwest Regional Joint Board (a/k/a "Local 2846") and Workers United may raise arguments as to relevance, admissibility, and any other evidentiary objections.

SO ORDERED.

____________________________________
HON. JEFF CURETON
UNITED STATES MAGISTRATE JUDGE