UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JERALD DEON CONEY,**

Plaintiff,

v. **No. 4:26-cv-00713-P**

**WORKERS UNITED SOUTHWEST ET AL,**

Defendants.

# ORDER

The above-captioned case was filed on June 11, 2026 and referred to Magistrate Judge Cureton for pre-trial proceedings. ECF Nos. 1, 3. A review of the record shows that a related case "arising from a common nucleus of operative facts and involving the same legal issues" is currently pending before the Honorable Terry Means. *See* 4:26-cv-00318-Y-BP.

Accordingly, to promote efficiency and preserve limited judicial resources, the Court hereby **ORDERS** that the above-captioned case be withdrawn from the Magistrate Judge Cureton and reassigned to the Honorable Judge Means for all further proceedings.

The Court **DIRECTS** the Clerk of Court update the docket sheet accordingly to reflect the reassignment of this case to Judge Means.

**SO ORDERED** on this **6th day of November 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE