IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERALD DEON CONEY | § | |
| | § | |
| VS. | § | ACTION NO. 4:26-CV-713-Y |
| | § | |
| WORKERS UNITED SOUTHWEST | § | |
| REGIONAL JOINT BOARD, ET AL. | § | |

ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JEAN HERVEY AND LYNNE FOX

On October 23, 2026, plaintiff Jerald Deon Coney and defendants Jean Hervey and Lynne Fox filed Parties' Joint Motion to Dismiss Plaintiff's Claims Against Defendants Jean Hervey and Lynne Fox (doc. 44). Under Federal Rule of Procedure 41(a)(2), the Court **DISMISSES WITH PREJUDICE** all of Plaintiff's remaining claims against defendants Jean Hervey and Lynne Fox. The parties shall bear their own respective costs and attorney's fees. The Court **DENIES** any relief not expressly granted in this order.

SIGNED November 12, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE