Plaintiff’s Unopposed Motion for Leave to File Corrected Amended Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JERALD DEON CONEY,
Plaintiff,
v. Civil Action No. 4:26-cv-00713-Y
WORKERS UNITED a/w SEIU; SOUTHWEST REGIONAL JOINT BOARD; and LOCAL 2846,
Defendants.

PLAINTIFF’S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT

Plaintiff Jerald Deon Coney, proceeding pro se, moves under Federal Rule of Civil Procedure 15(a)(2) for leave to file the corrected amended complaint attached as Exhibit A. In support, Plaintiff states:

Plaintiff seeks leave to file the proposed corrected amended complaint attached as Exhibit A.

The proposed complaint corrects and clarifies the allegations in the prior complaint, including [briefly identify the corrections, such as corrected dates or legal citations].

Plaintiff requests leave in good faith so the case may proceed on a clear and accurate pleading.

Counsel for all Defendants have stated that they are unopposed to Plaintiff’s request for leave to file the corrected amended complaint.

Granting this motion will allow the proposed complaint to become the operative pleading.

Plaintiff understands that granting leave does not decide the merits of any claim.

WHEREFORE, Plaintiff respectfully asks the Court to grant this unopposed motion and permit him to file the proposed corrected amended complaint attached as Exhibit A.

Respectfully submitted,

/s/ Jerald Deon Coney

Jerald Deon Coney, Pro Se
[5710 Red cactus Ct]
[Arlington,Tx 76017]
[(817)680-0626]
[jerryconey96@gmail.com]