Proposed Order
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
JERALD DEON CONEY,
Plaintiff,
v. Civil Action No. 4:26-cv-00713-Y
WORKERS UNITED a/w SEIU; SOUTHWEST REGIONAL JOINT BOARD; and LOCAL 2846,
Defendants.
ORDER
Before the Court is Plaintiff Jerald Deon Coney's Unopposed Motion for Leave to File Corrected Amended Complaint. The motion is GRANTED.
Plaintiff's proposed corrected amended complaint, attached as Exhibit A to the motion, is accepted for filing and will serve as the operative complaint.
SO ORDERED on this 25th day of November, 2026.