Certificate of Conference

I certify that I conferred with counsel for all Defendants about the relief requested in this motion. Counsel for all Defendants stated that they are unopposed to the motion.

/s/ Jerald Deon Coney

Jerald Deon Coney

Certificate of Service

I certify that on [date], I served this motion and Exhibit A on counsel of record for all Defendants by [CM/ECF or other method of service].

/s/ Jerald Deon Coney

Jerald Deon Coney